MARCEAU, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13,

1912.) Action by Arthur G. Marceau against the Rutland Railroad Company.

PER CURIAM. Judgment (74 Misc. Rep. 635, 134 N. Y. Supp. 594) and order affirmed, with costs.

SMITH, P. J., and HOUGHTON, J., dissent, on the ground that the court erred in applying the doctrine of res ipsa loquitur.